1  Lance R. Broberg (SBN 024103)
2  Gianni Pattas (SBN 030999)
3  **TB TIFFANY & BOSCO** P.A.
   SEVENTH FLOOR CAMELBACK ESPLANADE II
4  2525 EAST CAMELBACK ROAD
   PHOENIX, ARIZONA 85016-4237
   T: (602) 255-6000 | F: (602) 255-0103
5  E: lrb@tblaw.com; tcb@tblaw.com
6  *Attorneys for Plaintiff/Judgment Creditor*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JASON WEESE, an individual, | Case No.: 2:22-cv-01564-SPL |
| Plaintiff/Judgment Creditor, | |
| LUSSO AUTO, LLC d/b/a LUSSO AUTO SPA & DESIGN, a Nevada limited liability company; FMJNR, LLC, a Nevada limited liability company; JONG MIN RHEE and YUKI RHEE, a married couple, | **PETITION FOR ORDER DISCHARGING GARNISHEE (NON-EARNINGS)** |
| Defendants/Judgment Debtors. | |
| **JP MORGAN CHASE BANK, NA** | |
| Garnishee. | |

I am an attorney for the Judgment Creditor Jason Weese. Based on Garnishee JP Morgan Chase Bank, N.A.'s Answer to the Writ of Garnishment dated March 4, 2024, Garnishee is not holding any personal property or money belonging to Judgment Debtors Lusso Auto, LLC d/b/a Lusso Auto Spa & Design; FMJNR, LLC; and Jong Min Rhee. Therefore, the Garnishee should be discharged.

RESPECTFULLY SUBMITTED this 7th day of May, 2024.

**TB TIFFANY & BOSCO** P.A.

By: */s/ Lance R. Broberg*
    Lance R. Broberg
    Gianni Pattas
    Seventh Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016-4237
    *Attorneys for Plaintiff/Judgment Creditor*

**Certificate of Service**

I certify that on this 7th day of May, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registrants, and a copy was mailed to:

> JP Morgan Chase Bank, N.A.
> Court Orders and Levies
> RCO Centralized Mail
> Mail Code: LA4-7200
> 700 Kansas Lane
> Monroe, Louisiana 71203-4774

*/s/ Laurel S. Brassell*
Laurel S. Brassell